RECEIVED SEP 3 0 2020
U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA
FILED
SEP 3 0 2020
U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

Fill in this Information to identify the case:

Debtor 1    Theresa Buycks
           First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the Middle District of Alabama

Case number: 13-32154-DHW

Form 1340 (12/19)

# APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

## 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| | |
|---|---|
| Amount: | $737.00 |
| Claimant's Name: | Marquette Porter Owner of Spring Solutions, LLC, assignee to Theresa Buycks. |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | Marquette Porter<br>Spring Solutions, LLC<br>P.O. Box 334<br>Glen Burnie, MD 21060<br>springsolutionsllc@gmail.com<br>410.760.5841 |

## 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

☐ Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☑ Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

☐ Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).

☐ Applicant is a representative of the deceased Claimant's estate.

## 3. Supporting Documentation

☐ Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

### 4. Notice to United States Attorney

☑ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
Middle District of Alabama
131 Clayton Street
Montgomery, AL 36104

### 5. Applicant Declaration

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 9/23/2020

_Marquette Porter_ (signature)
Signature of Applicant

Marquette Porter
Printed Name of Applicant

Marquette Porter, Owner
Spring Solutions, LLC
P.O. Box 334
Glen Burnie, MD 21060

Telephone: 410.760.5841

Email: springsolutionsllc@gmail.com

### 5. Co-Applicant Declaration (if applicable)

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: _____

Signature of Co-Applicant (if applicable)

Printed Name of Co-Applicant (if applicable)

Address:

Telephone:

Email:

### 6. Notarization

STATE OF Maryland
COUNTY OF Anne Arundel

This Application for Unclaimed Funds, dated 9/23/20 was subscribed and sworn to before me this 23 day of September, 20 20 by

Marquette Porter

who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)   Notary Public _Patricia S Burnett_

My commission expires: 10/27/23

PATRICIA S BURNETT
NOTARY PUBLIC
ANNE ARUNDEL COUNTY
MARYLAND
MY COMMISSION EXPIRES OCTOBER 27, 2023

### 6. Notarization

STATE OF _____
COUNTY OF _____

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this ___ day of _____, 20___ by

_____

who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)   Notary Public _____

My commission expires: