**Fill in this Information to identify the case:**

Debtor 1: Theresa Buycks
(First Name) (Middle Name) (Last Name)

Debtor 2: _____
(Spouse, if filing) (First Name) (Middle Name) (Last Name)

United States Bankruptcy Court for the Middle District of Alabama

Case number: 13-32154-DHW

RECEIVED
SEP 30 2020
U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA
FILED
SEP 30 2020
U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

Form 1340 (12/19)

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| | |
|---|---|
| Amount: | $737.00 |
| Claimant's Name: | Marquette Porter Owner of Spring Solutions, LLC, assignee to Theresa Buycks. |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | Marquette Porter<br>Spring Solutions, LLC<br>P.O. Box 334<br>Glen Burnie, MD 21060<br>springsolutionsllc@gmail.com<br>410.760.5841 |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

- ☐ Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.
- ☑ Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.
- ☐ Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).
- ☐ Applicant is a representative of the deceased Claimant's estate.

### 3. Supporting Documentation

- ☐ Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

### 4. Notice to United States Attorney

☑ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
Middle District of Alabama
131 Clayton Street
Montgomery, AL 36104

### 5. Applicant Declaration

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 9/23/2020

Signature of Applicant: *Marquette Porter*

Printed Name of Applicant: Marquette Porter

Marquette Porter, Owner
Spring Solutions, LLC
P.O. Box 334
Glen Burnie, MD 21060

Telephone: 410.760.5841

Email: springsolutionsllc@gmail.com

### 5. Co-Applicant Declaration (if applicable)

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: _____

Signature of Co-Applicant (if applicable): _____

Printed Name of Co-Applicant (if applicable): _____

Address: _____

Telephone: _____

Email: _____

### 6. Notarization

STATE OF Maryland
COUNTY OF Anne Arundel

This Application for Unclaimed Funds, dated 9/23/20 was subscribed and sworn to before me this 23 day of September, 20 20 by Marquette Porter who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)  Notary Public *Patricia S Burnett*
My commission expires: 10/27/23

PATRICIA S BURNETT
NOTARY PUBLIC
ANNE ARUNDEL COUNTY
MARYLAND
MY COMMISSION EXPIRES OCTOBER 27, 2023

### 6. Notarization

STATE OF _____
COUNTY OF _____

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this ____ day of _____, 20____ by _____ who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)  Notary Public _____
My commission expires: _____

In re:                                        Case No. 13-32154-DHW
Theresa A. Buycks                   Chapter 13
     Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 1127-2                User: msimonds                Page 1 of 2
Date Rcvd: Sep 30, 2020       Form ID: pdfSOME            Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##           Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 4482528 | + | Marquette Porter, P.O. Box 334, Glen Burnie, MD 21060-0334 |
| 4482531 | + | Marquette Porter, 205 Gloucester Dr., Glen Burnie, MD 21061-4039 |
| 4482533 | + | Theresa Buycks, 1419 Herron St., Montgomery, AL 36104-2967 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4482534 | + | Email/Text: Stacey.VanAlst@usdoj.gov | Sep 30 2020 21:38:00 | United States Attorney, Middle District of Alabama, 131 Clayton St., Montgomery, AL 36104-3429 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 4482530 | ##+ | Marquette Porter, 7526 Thicket Run, Hanover, MD 21076-1086 |
| 4482532 | ##+ | Theresa Buycks, 3601 Bridlewood Dr., Montgomery, AL 36111-1915 |

TOTAL: 0 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 02, 2020                Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bankruptcy Administrator | ba@almb.uscourts.gov |
| C. Brandon Sellers | on behalf of Debtor Theresa A. Buycks bankruptcy@sellerslawfirm.com mmcclure@sellerslawfirm.com |
| Enslen Crowe | on behalf of Creditor CITIMORTGAGE INC. mdbankruptcy@tblaw.com |
| Michael W Lindsey | on behalf of Creditor CITIMORTGAGE INC. mlindsey@jandllawfirm.com, eeberhardt@jandllawfirm.com |
| Sabrina L. McKinney [Acting] | trustees_office@ch13mdal.com |

TOTAL: 5