The relief described hereinbelow is SO ORDERED

Done this 16th day of December, 2020.



**William R. Sawyer**
**United States Bankruptcy Judge**



_____

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF ALABAMA**

In re:
  Theresa A. Buycks                                           Chapter 13
                                                            Case No. 13-32154
  Debtor.

## ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

      On 9/30/2020, an application, DE# 39, was filed for the Claimant, Marquette Porter, Owner of Spring Solutions, LLC, assignee to Theresa Buycks, for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish that the Claimant is entitled to the unclaimed funds; accordingly, it is hereby

      ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $737.00 held in unclaimed funds be made payable to Spring Solutions, LLC and be disbursed to the payee at the following address:

P.O. Box 334
Glen Burnie, MD 21060

The Clerk will disburse these funds not earlier than 14 days after entry of this order.

##END OF ORDER###

c: Debtor
   Bankruptcy Administrator
   Trustee
   Marquette Porter, P.O. Box 334, Glen Burnie, MD 21060
   Marquette Porter, 7526 Thicket Run, Hanover, MD 21076
   Marquette Porter, 205 Gloucester Drive, Glen Burnie, MD 21061
   Theresa Buycks, 3601 Bridlewood Drive, Montgomery, AL 36111
   Theresa Buycks, 1419 Herron Street, Montgomery, AL 36104
   U.S. Attorney

Submitted by:
Janet Clark